182 So. 923

### Cecil BRETHRICK v. STATE.
#### 8 Div. 591.

Court of Appeals of Alabama.
June 21, 1938.

Bradshaw & Barnett, of Florence, for appellant.

604

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.

The indictment was not subject to any of the grounds of demurrer interposed.

This is just another plain case of a flagrant violation of the prohibition law.

We have considered all the questions appearing on the record or reserved by bill of exceptions as required by Section 3258 of the Code of 1923. The court is satisfied that no error of a prejudicial nature has been committed, and as is required by the above named Section of the Code, the judgment is affirmed.

Affirmed.